**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| MARK DUKE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; EMS MANAGEMENT, LLC,<br><br>　　　　Defendants. | Case No. 2:16-cv-01888-VC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-01888-VC, is dismissed in its entirety as to all defendants, with prejudice.

　　　IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: February 15, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

154743.1